IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY KAY COLLISION CENTER INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CDK GLOBAL, LLC<br><br>    Defendant. | Hon. Franklin U. Valderrama<br><br>Case No. 1:24-cv-5313 |

## CDK GLOBAL LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant CDK Global LLC ("CDK"), by and through its undersigned counsel, respectfully moves this Court, on an unopposed basis, for an extension of time until and including Monday, August 19, 2024, to file its answer or otherwise respond to Plaintiff's Class Action Complaint. In support of this Motion, CDK states as follows:

    1.    On or about June 25, 2024, Jay Kay Collision Center Inc., individually and on behalf of all others similarly situated, ("Plaintiff") filed a Class Action Complaint against CDK. (ECF No. 1.)

    2.    On July 8, 2024, Plaintiff filed a returned executed summons, establishing a response deadline of July 18, 2024. (ECF No. 10.)

    3.    CDK respectfully requests a short extension of time until and including August 19, 2024, to file an answer or otherwise respond to the Class Action Complaint.

    4.    CDK requires additional time to investigate the allegations and claims asserted in the Class Action Complaint and to gather the documents necessary for the preparation of appropriate responses and defenses to Plaintiff's allegations.

5.  The Parties have conferred, and Plaintiff's counsel agrees to the extension of time and does not oppose this motion.

6.  No party will be prejudiced by the relief requested in this Motion, and the Motion is made for legitimate purposes and not filed for purposes of unnecessary delay.

7.  An extension of time for CDK to file its answer or otherwise respond to the Class Action Complaint will not affect any other dates set by the Court or the ultimate resolution of this case.

8.  This motion is the first extension of time requested by CDK.

WHEREFORE, based on the foregoing and for good cause shown, CDK respectfully requests that the Court enter an order granting the extension of time for CDK to file its Answer or otherwise respond to the Class Action Complaint, until August 19, 2024.

Dated: July 16, 2024					Respectfully submitted,

*/s/ Martin L. Roth*
Martin L. Roth, P.C. (IL #6296464)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-7170
Fax: (312) 862-2200
martin.roth@kirkland.com

Devin S. Anderson (*pro hac vice forthcoming*)
Haley L. Darling (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3245
Fax: (202) 389-5200
devin.anderson@kirkland.com
haley.darling@kirkland.com

*Counsel for Defendant CDK Global, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all Counsel of Record.

Dated: July 16, 2024

/s/ *Martin L. Roth*
Martin L. Roth, P.C. (IL #6296464)