## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jay Kay Collision Center, Inc., et al.
                              Plaintiff,

v.                                               Case No.: 1:24−cv−05313
                                                 Honorable Jeffrey I Cummings

CDK Global, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: In light of the Court's consolidation order, defendant's motion to dismiss [29] and motion to stay [32] are terminated without prejudice and with leave to renew as appropriate after the filing of the consolidated complaint. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.