# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jay Kay Collision Center, Inc., et al.
                              Plaintiff,

v.                                         Case No.: 1:24−cv−05313
                                                  Honorable Jeffrey I Cummings

CDK Global, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Pursuant to the Court's Order to Consolidate [48], the Clerk of Court is directed to consolidate the following cases for all purposes: Case No. 24−cv−05924, George D. Manderbach, Inc., et al. v. CDK Global, LLC, and Case No. 1:24−cv−11440, East McComb Body Shop v. CDK Global Inc. The Clerk of Court shall transfer the party names and attorney appearances from the consolidated cases to to this matter. Case Nos. 24−cv−05924 and 24−cv−11440 shall be administratively closed and all future filings shall be made in this case. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.